## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K.S.S., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| | : | |
| MONTGOMERY COUNTY BOARD OF | : | NO. 12-816 |
| COMMISSIONERS, MONTGOMERY COUNTY | : | |
| OFFICE OF CHILDREN AND YOUTH, | : | |
| COUNTY OF MONTGOMERY, and | : | |
| THOMAS D. DIAMOND, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this *17th* day of *May*, 2012, upon consideration of Defendant's Motion to Dismiss

Counts I, II, III, IV and VIII of Plaintiff's Complaint (Docket No. 4), and Plaintiff's Response in

Opposition (Docket No. 5), it is hereby **ORDERED** that Defendant's Motion (Docket No. 4) is

**GRANTED IN PART** and **DENIED IN PART** as follows:

1.   Defendant's Motion to Dismiss the 42 U.S.C. § 1983 claims independently asserted against him in Counts VIII is **GRANTED**; and

2.   Defendant's Motion to Dismiss Plaintiff's state law tort claims in Counts I, II, III, and IV on the grounds that the Court lacks subject matter jurisdiction is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.